# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALVIN WEBSTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-cv-00759-JPG-DGW |
| ) | |
| CITY OF MT. VERNON, ILLINOIS and ) | |
| MT. VERNON POLICE DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision, IT IS HEREBY **ORDERED AND ADJUDGED** that the Claims against defendants **City of Mt. Vernon, Illinois and Mt. Vernon Police Department** for deliberate indifference to the safety of the plaintiff in violation of the Fourteenth Amendment, abuse of process, false imprisonment, and intentional infliction of emotional distress are dismissed with prejudice and IT IS FURTHER **ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **City of Mt. Vernon, Illinois and Mt. Vernon Police Department** and against **Calvin Webster** on his claims for deliberate indifference to the safety of the plaintiff in violation of the Fourteenth Amendment, abuse of process, false imprisonment, and intentional infliction of emotional distress.

**DATED:** 12/5/2016                              **Justine Flanagan**
                                                  **Acting Clerk of Court**

                                                  *s/Tina Gray*, **Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**